```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA for
10  the Use and Benefit of VIKING
    AUTOMATIC SPRINKLER COMPANY,
11  a California Corporation,
12                                      NO. CIV. S-08-363 LKK/EFB
              Plaintiff,
13
         v.
14                                      O R D E R
    UPA CALIFORNIA, a California
15  General Partnership; UPA GROUP,
    INC., a California Corporation;
16  AMAKO RESORT CONSTRUCTION (U.S.),
    INC., a Washington Corporation;
17  LIBERTY MUTUAL INSURANCE COMPANY, a
    Massachusetts Corporation; ST. PAUL
18  FIRE AND MARINE INSURANCE COMPANY, a
    Minnesota Corporation; and DOES 1
19  through 20 inclusive,
20            Defendants.
21  _____/
```

22      Good cause appearing and in accordance with Local Rule 3-

23 120(f), this action is hereby TRANSFERRED to this court's Fresno

24 division. The Clerk is directed to take all necessary action to

25 //

26 //

1

1 | transfer the case to the Fresno division. The scheduling conference
2 | currently set for May 5, 2008 is VACATED.
3 |     IT IS SO ORDERED.
4 |     DATED:  May 1, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```