DOWNEY BRAND LLP
SCOTT D. MCELHERN (Bar No. 173587)
SEAN J. FILIPPINI (Bar No. 232380)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100

Attorneys for Use-Plaintiff
VIKING AUTOMATIC SPRINKLER COMPANY

FILED
MAR 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of VIKING AUTOMATIC SPRINKLER COMPANY, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>UPA CALIFORNIA, a California General Partnership; UPA GROUP, INC., a California Corporation; AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MILLER/WATTS CONSTRUCTORS, INC., a California corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. 1:08-CV-00600-AWI-SMS<br><br>USE-PLAINTIFF VIKING AUTOMATIC SPRINKLER COMPANY'S STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED, by and between all the parties that have appeared in this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, without prejudice, in its entirety, pursuant to Federal Rules of Civil Procedure 41, subdivision (a) (1).

Furthermore, it is hereby stipulated that no party may recover any fees or costs in this

980402.1

I

STIPULATION OF DISMISSAL

1  action against any other party.
2      Although UPA California, UPA Group, Inc., and Amako Resort Construction (U.S.), Inc.,
3  are defendants in this action, they never appeared in this action, and thus, are not included in this
4  stipulation.

DATED: ~~February~~ March 25, 2009     DOWNEY BRAND LLP

By: _____
SEAN J. FILIPPINI
Attorney for Plaintiff
VIKING AUTOMATIC SPRINKLER COMPANY

DATED: February 27, 2009

By: _____
MARK J. RICE
Attorney for Defendant
MILLER/WATTS CONSTRUCTORS, INC. and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DATED: ~~February~~ March 24, 2009

By: _____
KRISTIN KERR
Attorney for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

It Is so Ordered. Dated: 3-27-09

_____
United States District Judge

980402.1

2

STIPULATION OF DISMISSAL